MEDIATION SETTLEMENT AGREEMENT

MARCELO A. ARRILLAGA and WILFREDO TORRES ESTRADA,
  Plaintiffs,
vs.

SMART BUY FURNITURES, INC.; GIANCARLO TORRES; SARRA TORRES, and NADIA ESCOTO,
  Defendants,

U.S. DISTRICT (SOUTHERN-MIAMI DIVISION) COURT CASE NO.: 18-24698-CV-COOKE/GOODMAN

_____/

The parties and/or their respective attorneys and/or representatives hereby stipulate and agree that

all matters arising out of the above matter, are hereby resolved as follows:

Defendants, _____, shall pay to the Plaintiffs, _____, the amount of $20,000.00. Each party shall bear its respective attorney fees and costs. All other matters discussed at the mediation conference shall remain privileged and confidential, unless otherwise agreed by all the parties or required by law. The court shall retain jurisdiction to enforce the terms of the settlement agreement.

Additional terms: Mutual Release, Non-Disparagement, Requires Court Approval. Payment schedule $3,250.00 (April 15, 2019), $3,850.00 (May 15), $2250 (June 15), $2250 (July 15), $2250 (Aug), $2250 (Sep), $2250 (Oct), $2250 (Nov).

DATE: 3/15/2019

Marcelo Arrillaga
Wilfredo Torres Estrada
Giancarlo Torres
Sara Torres