UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-24698-Civ-COOKE/GOODMAN

MARCELO A. ARRILLAGA, *et al.*,

    Plaintiffs,

vs.

SMART BUY FURNITURE, INC., *et al.*,

    Defendants.

_____/

## ORDER GRANTING *IN PART* MOTION TO ENFORCE SETTLEMENT AGREEMENT

THIS MATTER comes before me on Plaintiffs' Motion to Approve Mediated Settlement Agreement, Enforce Settlement Agreement, and Entry for Final Judgment (ECF No. 19). I have reviewed the Motion, the Response, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on June 12, 2019.

For the reasons stated at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** that Plaintiffs' Motion is **GRANTED** *in part* as follows:

1. The Mediated Settlement Agreement is a valid contract and is enforceable against Marcelo A. Arrillaga, Wilfredo Torres Estrada, Giancarlo Torres, Sarra Torres, and Smart Buy.

2. Nadia Escoto must appear before the Court on **July 3, 2019 at 11:00 a.m.** to show cause why she should not be held in contempt for failure to comply with Court orders.

3. By this same date, Plaintiffs must file a status report indicating which issues remain in this case.

**DONE and ORDERED** in chambers at Miami, Florida, this 21st day of June 2019.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*