UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 18-CV-24698-COOKE/GOODMAN**

MARCELO A. ARRILLAGA and
WILFREDO TORRES ESTRADA,

     Plaintiffs,

v.

SMART BUY FURNITURE, INC,
GIANCARLO TORRES, SARRA TORRES
and NADIA ESCOTO,

     Defendants.
_____/

**PLAINTIFFS' STATUS REPORT**

     COMES NOW, Plaintiff, MARCELO A. ARRILLAGA, and Plaintiff, WILFREDO TORRES ESTRADA (collectively, "Plaintiffs"), by and through their undersigned counsel, pursuant to the Court's Order Granting *In Part* Motion to Enforce Settlement Agreement [D.E. 30], hereby file their Status Report, and state as follows:

     Plaintiffs submit that the following issues remain pending in this case:

     1.    Nadia Escoto's liability and amount due is to be determined by this Court to the extent that it is not adjudicated at the hearing to show cause for failure to comply with this Court's orders.

     2.    In contravention of the valid and enforceable Mediation Settlement Agreement, Defendants Smart Buy Furniture, Inc, Giancarlo Torres, and Sarra Torres have not made the required settlement payments that were due on April 15, 2019, May 15, 2019, and June 15, 2019. Accordingly, Plaintiffs need the entry of a final judgment that would allow for execution of same. Currently, Plaintiffs have no recourse in order to obtain the overdue settlement payments. *See* [D.E. 32-1].

Respectfully Submitted,

**LAW OFFICE OF CHRISTOPHER F. ZACARIAS, P.A.**
*Counsel for Plaintiffs*
5757 Blue Lagoon Dr, Suite 230
Miami, Florida 33126
Tel.: (305) 403-2000
Fax: (305) 459-3964


By: /s/ *Christopher F. Zacarias*
    Christopher F. Zacarias, Esq.
    Florida Bar No. 85609
    czacarias@zacariaslaw.com
    pleadings@zacariaslaw.com
    Rosendo A. Forns, Esq.
    Florida Bar No. 125391
    Rosendo@zacariaslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ *Christopher F. Zacarias*
    CHRISTOPHER F. ZACARIAS

## SERVICE LIST

Joel D. Lucoff, Esq.
**Debt Shield Law**
3440 Hollywood Blvd., Suite 415
Hollywood, Florida 33021
Phone: (305) 776-1805
Fax: (305) 503-9457
service@debtshieldlawyer.com
joel@debtshieldlawyer.com
*Counsel for Defendants*