UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-CV-24698-COOKE/GOODMAN

MARCELO A. ARRILLAGA and
WILFREDO TORRES ESTRADA,

    Plaintiffs,

v.

SMART BUY FURNITURE, INC,
GIANCARLO TORRES, SARRA TORRES
and NADIA ESCOTO,

    Defendants.
_____/

### AFFIDAVIT OF CHRISTOPHER F. ZACARIAS, ESQ.

STATE OF FLORIDA      )
                                ) ss:
COUNTY OF MIAMI-DADE  )

    BEFORE ME, this day personally appeared Christopher F. Zacarias, who upon first being duly sworn, deposes and says:

    1. I am over eighteen (18) years of age and competent to testify. I have personal knowledge of the matters set forth herein.

    2. I am the attorney of record for both Plaintiffs Marcelo A. Arrillaga and Wilfredo Torres Estrada (collectively "Plaintiffs").

    3. On March 15, 2019, Plaintiffs and Defendants Smart Buy Furniture, Giancarlos Torres, and Sarra Torres executed the Mediation Settlement Agreement. [D.E. 19-1].

    4. To date, Plaintiffs have not received the payments due on April 15, 2019, May 15, 2019, or June 15, 2019.

    5. I declare under penalty of perjury that the foregoing is true and correct.
FURTHER AFFIANT SAYETH NAUGHT.

-2-

Dated this 28th day of June 2019.

By: _____
     Christopher F. Zacarias

Sworn to and subscribed on this 28th day of June 2019, by Christopher F. Zacarias, who is either (1) _X_ personally known to me or (2) ___ has produced _____ as identification.

By: _____

Print Name: Ana Cid

Notary Public State of Florida

Notary Public State of Florida
Ana M Cid
My Commission GG 195977
Expires 03/13/2022